

# Summons

## Collection Information Statement

**In the matter of**  CHRIS R FREED, 7119 FOSTER STUART RD, AZLE, TX 76020
**Internal Revenue Service** *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)*  SB/SE AREA 5 (25)
**Periods:**  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** CHRIS R FREED
**At:** 7119 FOSTER STUART RD, AZLE, TX 76020

You are hereby summoned and required to appear before ROBERT LANDREY, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2013  To 05/31/2013

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

5450 STRATUM DR, FORT WORTH, TX 76137 (817) 232-6465

**Place and time for appearance:** At 5450 STRATUM DR, FORT WORTH, TX 76137

**IRS**

on the 10th day of June, 2013 at 8:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 29th day of May, 2013

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

ROBERT LANDREY
Signature of issuing officer

*/s/ R. Landrey*
Signature of approving officer *(if applicable)*

REVENUE OFFICER
Title

*/s/*
Title

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5-29-2013 | 1215 hr |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Served to Mail Box at 9119 Foster Stuart Rd
Azle Tx 76020

| Signature | Title |
|---|---|
| John Landry | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| John Landry | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

## Attachment 1 to Summons Form 6637

In the matter of **CHRIS R FREED**

Period information: Form 1040 for the calendar periods ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004 and December 31, 2010